UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
FRANGIE ESPINAL, ON BEHALF OF :
HERSELF AND ALL OTHER :
PERSONS SIMILARLY SITUATED, :
: Civil Action No.: 1:23-cv-9346
:
Plaintiffs, :
: **NOTICE OF VOLUNTARY**
v. : **DISMISSAL**
:
:
ERIE INDEMNITY COMPANY, :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, ERIE INDEMNITY COMPANY.

Dated:  New York, New York
        February 26, 2024

**GOTTLIEB & ASSOCIATES  PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge